# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Lily Simpkins,

    Plaintiff,

        v.                                         Case No. 1:11cv165

Michael J. Astrue, Commissioner
of Social Security,                             Judge Michael R. Barrett

    Defendant.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on September 4, 2012 (Doc. 17).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 17) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 17) of the Magistrate Judge is hereby **ADOPTED.** Plaintiff's Motion for Attorney's Fee under EAJA (Doc. 16) is **GRANTED**. The Commissioner shall pay Plaintiff $4,856.25. Should the parties confirm Plaintiff owes no debt to the Government, the Commissioner shall pay the fee award to Plaintiff's counsel in accordance with any existing fee contract.

    **IT IS SO ORDERED.**

                                                      *S/Michael R. Barrett*
                                                      Michael R. Barrett
                                                      United States District Judge